UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | Case No. 16-10026-MSH |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |
| TIAGO H. PEREIRA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Adversary Proceeding |
| Vs. ) | No. 16-01081 |
| ) | |
| EDGARD VASQUES DEMIRANDA NETO, ) | |
| ) | |
| Defendants ) | |

### JOINT MOTION TO CONTINUE TRIAL

Edgard Vasques deMiranda Neto, the herein Chapter 7 debtor and the defendant in this adversary proceeding ("Defendant" of "Debtor"), and Tiago H. Pereira, the Plaintiff in this adversary proceeding (the "Plaintiff") hereby jointly move the Court for an Order continuing the trial scheduled to be held in this proceeding on January 17, 2017, for thirty (30) days, or at the Court's convenience, to allow the parties to finalize and gain Court approval of a settlement reached in principle in this proceeding.

In support of this Motion, the parties state that they have reached a resolution in the matter and agreed to amount by which the Debtor shall agree to be determined to be nondischargeable pursuant to 11 U.S.C. §523(a)(2) and (6). The parties anticipate filing a stipulation of settlement and motion to approve the same either contemporaneous with

the filing of this Motion, or very soon thereafter.  The parties request a continuance of the trial in order to allow them to finalize the settlement terms, and gain Court approval of the settlement.

WHEREFORE, the Plaintiff and the Defendant hereby move the Court for an Order continuing the trial in this matter for thirty (30) days, or at the Court's convenience, and granting such additional relief as the Court deems just.

> EDGARD VASQUES DEMIRANDA NETO
> By his attorney,
>
> /s/ George J. Nader
> _____
> George J. Nader
> BBO #549149
> Riley & Dever, P.C.
> 210 Broadway, Suite 101
> Lynnfield, MA 01940
> (781) 581-9880
> nader@rileydever.com
>
>
> TIAGO H. PEREIRA
>
> By: /s/ Michael A. Satterwhite
>
> Michael A. Satterwhite 686937
> The Satterwhite Law Firm, P.C.

Dated:  January 17, 2017

## **CERTIFICATE OF SERVICE**

      I, George J. Nader, do hereby certify that I have this day served a copy of the **JOINT MOTION TO CONTINUE TRIAL,** by first class mail, postage prepaid to individuals on the attached Service List and/or by electronic mail on all ECF registered users.

                                                               EDGAR VASQUEZ DEMIRANDA NETO
                                                              By his attorney,


                                                              /s/ George J. Nader
                                                              _____
                                                              George J. Nader
                                                                BBO #549149
                                                              Riley & Dever, P.C.
                                                              210 Broadway
                                                              Suite 101
                                                              Lynnfield, MA 01940-2351
                                                              (781) 581-9880
                                                              nader@rileydever.com

Dated: January 17, 2017

3

## Service List

Peter Cole on behalf of Creditor Romildo C. De Souza
bic.legal@gmail.com
Mark G. DeGiacomo
mdegiacomo@murthalaw.com, MA42@ecfcbis.com;jbabula@murthalaw.com

Mark G. DeGiacomo on behalf of Trustee Mark G. DeGiacomo
mdegiacomo@murthalaw.com, kbratko@murthalaw.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

James J. McNulty on behalf of Creditor Shamrock Finance LLC
jjm@jjmcnultylaw.com